1  JENNIFER LEE TAYLOR (CA SBN 161368)
   MIMI YANG (CA SBN 229514)
2  MORRISON & FOERSTER LLP
   425 Market Street
3  San Francisco, California 94105-2482
   Telephone: 415.268.7000
4  Facsimile: 415.268.7522

5  Attorneys for Plaintiff
   BEIJING TONG REN TANG (USA) CORP.
6

7  JAMES CAI (CA SBN 200189)
   SETH W. WIENER (CA SBN 203747)
8  SCHEIN & CAI, LLP
   111 W. St. John Street, Suite 1250
9  San Jose, California 95113
   Telephone: 408.436.0789
10 Facsimile: 408.436.0758

11 Attorneys for Defendants
   TRT USA CORPORATION, GUANGMING SUN, MEI XU,      ***E-FILED - 6/23/09***
12 AND PENGTAO ZHANG

13

14                    UNITED STATES DISTRICT COURT

15                   NORTHERN DISTRICT OF CALIFORNIA

16                          SAN JOSE DIVISION

17

18 BEIJING TONG REN TANG (USA) CORP., a       Case No.   3:09-CV-00882-RMW
   California corporation,
19                                            STIPULATION AND [PROPOSED
                  Plaintiff,                  ORDER] EXTENDING DATE
20                                            FOR DEFENDANTS TO
          v.                                  RESPOND TO PLAINTIFF'S
21                                            COMPLAINT
   TRT USA CORPORATION, a California
22 corporation, GUANGMING SUN aka GEORGE
   SUN, an individual, MEI XU, an individual,
23 PENGTAO ZHANG aka JOHN ZHANG, an
   individual,
24
                  Defendants.
25

26

27

28

ORDER EXTENDING TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT
CASE NO. 3:09-CV-00882-RMW

The parties, by and through their undersigned counsel, have stipulated and agreed as follows:

WHEREAS, Plaintiff Beijing Tong Ren Tang (USA) Corp. filed its Complaint on February 27, 2009;

WHEREAS, on June 2, 2009, the Court entered an Order granting Defendants TRT USA Corporation, Guangming Sun, Mei Xu and Pengtao Zhang's Motion to Dismiss the Complaint's common law trademark infringement claim;

WHEREAS, the parties have agreed to extend the date by which Defendants have to respond to the Complaint to July 10, 2009, in order to accommodate the vacation schedules of Defendants' counsel and in order that the responsive pleadings in this case are due on the same date as the responsive pleadings in a related state case between certain of the parties;

NOW THEREFORE, IT IS HEREBY STIPULATED, AGREED, and ORDERED that Defendants have until July 10, 2009 to file their responsive pleading to the Complaint.

Dated: June 12, 2009

MORRISON & FOERSTER LLP
Jennifer Lee Taylor (State Bar No. 161368)
Mimi Yang (State Bar No. 229514)

By: _____/s/_____
Jennifer Lee Taylor

Attorneys for Plaintiff
BEIJING TONG REN TANG (USA) CORP.

Dated: June 12, 2009

SCHEIN & CAI
Seth Wiener (State Bar No. 203747)

By: _____/s/_____
Seth Wiener

Attorney for Defendants
TRT USA CORPORATION, GUANGMING SUN, MEI XU, AND PENGTAO ZHANG

1

\* \* \*

|~~PROPOSED~~| ORDER

IT IS SO ORDERED.

Dated: __6/23/09__

*Ronald M. Whyte*

HONORABLE RONALD WHYTE
UNITED STATES DISTRICT COURT JUDGE

2

ORDER EXTENDING TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT
CASE NO. 3:09-CV-00882-RMW

1       I, James Cai, am the ECF User whose ID and password are being used to file this
2 Stipulation. In compliance with General Order 45, section X.B., I hereby attest that I have on file
3 the concurrences for any signatures indicated by a "conformed" signature (/s/) within this efiled
4 document.

5

6                                          By: _____/s/_____
                                                        James Cai

7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

3
ORDER EXTENDING TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT
CASE NO. 3:09-CV-00882-RMW