| | |
|---|---|
| 1 | JENNIFER LEE TAYLOR (CA SBN 161368) |
| | JTaylor@mofo.com |
| 2 | MIMI YANG (CA SBN 229514) |
| | MimiYang@mofo.com |
| 3 | MORRISON & FOERSTER LLP |
| | 425 Market Street |
| 4 | San Francisco, California 94105-2482 |
| | Telephone: 415.268.7000 |
| 5 | Facsimile: 415.268.7522 |
| 6 | Attorneys for Plaintiff/Counter-Defendant |
| | BEIJING TONG REN TANG (USA) CORP. |
| 7 | |
| 8 | J. JAMES LI (CA SBN 202855) |
| | GREENBERG TRAURIG, LLP |
| 9 | 1900 University Avenue, 5th Floor |
| | East Palo Alto, California 94303 |
| 10 | Telephone: 650.328.8500 |
| | Facsimile: 650.328.8508 |
| 11 | |
| | Attorney for Defendants/Counter-Plaintiffs |
| 12 | TRT USA CORPORATION, GUANGMING SUN, MEI XU, |
| | AND PENGTAO ZHANG |

*E-FILED - 8/11/09*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BEIJING TONG REN TANG (USA) CORP., a California corporation,<br><br>Plaintiff,<br>v.<br>TRT USA CORPORATION, et al.,<br>Defendants.<br><br>AND RELATED COUNTER-CLAIMS. | Case No. 3:09-CV-00882-RMW<br><br>**STIPULATION AND []<br>ORDER REGARDING SERVICE OF<br>PROCESS ON CHINA BEIJING<br>TONGRENTANG GROUP CO.**<br><br>Judge: Hon. Ronald M. Whyte<br><br>Complaint Filed: February 27, 2009<br>Trial Date: July 26, 2010 |

Pursuant to Northern District Local Rule 7-12, the parties, by and through their respective attorneys of record, have stipulated and agreed as follows:

WHEREAS, Plaintiff and Counter-Defendant Beijing Tong Ren Tang (USA) Corp. ("Beijing TRT USA"), on one hand, and Defendants and Counter-Plaintiffs TRT USA Corporation, *et al.*, on the other hand, are scheduled to have a mediation in San Francisco, California on July 31, 2009 for this case and a related state case (*TRT USA Corp. v. Beijing Tong Ren Tang (USA) Corp., et al.*, Santa Clara Superior Court, Case No. 108cv129849);

WHEREAS, China Beijing Tongrentang Group Co. ("Beijing TRT Group"), the Chinese parent company of Beijing TRT USA (technically the grandparent company), is a named counter-defendant in this case but has not been served with a summons to appear;

WHEREAS, TRT USA and its individual directors (collectively "Counter-Plaintiffs") have explicitly requested that Beijing TRT Group send someone with decision-making authority to the mediation;

WHEREAS, in a show of good faith, Beijing TRT Group may send one or more representatives to the July 31 mediation and give them decision-making authority concerning the two cases;

WHEREAS, Beijing TRT Group, for its part, is concerned that one or more Counter-Plaintiffs might try to serve a summons or subpoena on a Beijing TRT Group representative while he is in the United States for the July 31, 2009 mediation or any follow-up mediation sessions, or may later try to argue that the presence of a Beijing TRT Group representative at the mediation should be taken into consideration as a factor weighing against any motion that Beijing TRT Group may file seeking to dismiss the counterclaims filed against Beijing TRT Group; and

WHEREAS, TRT USA, for its part, is willing to address these concerns to ensure the best chance of success for the mediation.

It is hereby STIPULATED that:

1. Counter-Plaintiffs, their agents, and their attorneys will not attempt to serve a summons or subpoena in this case or in any other case on any representatives of Beijing TRT

Group who might attend the July 31, 2009 mediation, while they are in the United States for the purpose of attending the July 31, 2009 mediation session or any follow-up mediation sessions. This prohibition on service applies the entire time any Beijing TRT Group representatives are in the United States, including while they are at the mediation session, while they are preparing for (or debriefing after) the mediation session, and while they are travelling to and from the mediation session.

2. Counter-Plaintiffs will not use the presence of any representative of Beijing TRT Group at the July 31, 2009 mediation or at any follow-up mediation sessions as a factor in opposing any motion that Beijing TRT Group might file to dismiss this or any other action filed against Beijing TRT Group in any U.S. court.

Dated: July 24, 2009

MORRISON & FOERSTER LLP
Jennifer Lee Taylor
Mimi Yang

By: /s/ Jennifer Lee Taylor
      Jennifer Lee Taylor

Attorneys for Plaintiff and Counter-Defendant
BEIJING TONG REN TANG (USA) CORP.

Dated: July 24, 2009

GREENBERG TRAURIG LLP
J. James Li

By: /s/ J. James Li
      J. James Li

Attorney for Defendants and Counter-Claimants
TRT USA CORPORATION, GUANGMING SUN, MEI XU, AND PENGTAO ZHANG

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: August 11, 2009

_Ronald M. Whyte_
Hon. Ronald M. Whyte
United States District Judge

| | |
|---|---|
| 1 | **GENERAL ORDER 45 ATTESTATION** |
| 2 | I, Jennifer Taylor, am the ECF User whose ID and password are being used to file this |
| 3 | Stipulation and [PROPOSED] Order Regarding Service of Process on China Beijing Tongrentang |
| 4 | Group Co. In compliance with General Order 45, section X.B., I hereby attest that I have on file |
| 5 | the concurrences for any signatures indicated by a "conformed" signature (/s/) within this efiled |
| 6 | document. |
| 7 | Dated: July 24, 2009 By: /s/ Jennifer Lee Taylor |
| 8 | Jennifer Lee Taylor |