1  JENNIFER LEE TAYLOR (CA SBN 161368)
   JTaylor@mofo.com
2  MIMI YANG (CA SBN 229514)
   MimiYang@mofo.com
3  MORRISON & FOERSTER LLP
   425 Market Street
4  San Francisco, California 94105-2482
   Telephone: 415.268.7000
5  Facsimile: 415.268.7522

6  Attorneys for Plaintiff/Counter-Defendant
   BEIJING TONG REN TANG (USA) CORP.
7

8  J. JAMES LI (CA SBN 202855)
   GREENBERG TRAURIG, LLP
9  1900 University Avenue, 5th Floor
   East Palo Alto, California 94303
10 Telephone: 650.328.8500
   Facsimile: 650.328.8508
11
   Attorney for Defendants/Counter-Plaintiffs
12 TRT USA CORPORATION, GUANGMING SUN, MEI XU,
   AND PENGTAO ZHANG

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| BEIJING TONG REN TANG (USA) CORP., a California corporation,<br><br>              Plaintiff,<br>    v.<br>TRT USA CORPORATION, et al.,<br><br>              Defendants.<br><br>AND RELATED COUNTER-CLAIMS. | Case No. 3:09-CV-00882-RMW<br><br>**STIPULATION AND []<br>ORDER EXTENDING TIME FOR<br>BEIJING TONG REN TANG (USA)<br>CORP. TO RESPOND TO TRT USA<br>CORPORATION'S AND<br>GUANGMING SUN'S COUNTER-<br>COMPLAINT**<br><br>Judge: Hon. Ronald M. Whyte<br><br>Complaint Filed: February 27, 2009<br>Trial Date: July 26, 2010 |

| | |
|---|---|
| 1 | Pursuant to Northern District Local Rules 6-1 and 6-2, the parties, by and through their |
| 2 | respective attorneys of record, have stipulated and agreed as follows: |
| 3 | WHEREAS, the parties previously stipulated to an extension of time for Defendants to |
| 4 | respond to Plaintiff's Complaint by July 10, 2009; |
| 5 | WHEREAS, Defendants answered Plaintiff's Complaint and Counter-Claimants TRT |
| 6 | USA Corporation and Guangming Sun filed a Counter-Complaint on July 10, 2009; |
| 7 | WHEREAS, the parties have agreed to participate in a mediation with Judge Legge on |
| 8 | July 31, 2009; and |
| 9 | WHEREAS, the parties have agreed to extend the time by which Counter-Defendant |
| 10 | Beijing Tong Ren Tang (USA) Corp. must respond to the Counter-Complaint to August 14, |
| 11 | 2009, in order to facilitate settlement at the mediation stage; |
| 12 | It is hereby STIPULATED that Counter-Defendant Beijing Tong Ren Tang (USA) Corp. |
| 13 | shall have until August 14, 2009 to file its response to the Counter-Complaint. |

Dated: July 21, 2009

MORRISON & FOERSTER LLP
Jennifer Lee Taylor (State Bar No. 161368)
Mimi Yang (State Bar No. 229514)

By: ____/s/ Jennifer Lee Taylor_____
       Jennifer Lee Taylor

Attorneys for Plaintiff and Counter-Defendant
BEIJING TONG REN TANG (USA) CORP.

Dated: July 21, 2009

GREENBERG TAURIG LLP
J. James Li (State Bar No. 202855)

By: ____/s/ J. James Li_____
       J. James Li

Attorney for Defendants and Counter-Claimants
TRT USA CORPORATION, GUANGMING
SUN, MEI XU, AND PENGTAO ZHANG

1 **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

2

3 Dated: August 11, 2009

_Ronald M. Whyte_
Hon. Ronald M. Whyte
United States District Judge

## GENERAL ORDER 45 ATTESTATION

I, Jennifer Taylor, am the ECF User whose ID and password are being used to file this Stipulation and [PROPOSED] Order Extending Time to Respond to TRT USA Corporation's and Guangming Sun's Counter-Complaint.. In compliance with General Order 45, section X.B., I hereby attest that I have on file the concurrences for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

Dated: July 21, 2009          By:    /s/   Jennifer Lee Taylor
                                     Jennifer Lee Taylor