JENNIFER LEE TAYLOR (CA SBN 161368)
JTaylor@mofo.com
MIMI YANG (CA SBN 229514)
MimiYang@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Plaintiff/Counter-Defendant
BEIJING TONG REN TANG (USA) CORP.

J. JAMES LI (CA SBN 202855)
GREENBERG TAURIG, LLP
1900 University Avenue, 5th Floor
East Palo Alto, California 94303
Telephone: 650.328.8500
Facsimile: 650.328.8508

Attorney for Defendants/Counter-Plaintiffs
TRT USA CORPORATION, GUANGMING SUN, MEI XU,
AND PENGTAO ZHANG

*E-FILED - 8/11/09*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BEIJING TONG REN TANG (USA) CORP., a California corporation,<br><br>Plaintiff,<br>v.<br>TRT USA CORPORATION, et al.,<br><br>Defendants.<br><br>AND RELATED COUNTER-CLAIMS. | Case No. 3:09-CV-00882-RMW<br><br>**STIPULATION AND []<br>ORDER FURTHER EXTENDING<br>TIME FOR BEIJING TONG REN<br>TANG (USA) CORP. TO RESPOND<br>TO TRT USA CORPORATION'S AND<br>GUANGMING SUN'S COUNTER-<br>COMPLAINT**<br><br>Judge: Hon. Ronald M. Whyte<br><br>Complaint Filed: February 27, 2009<br>Trial Date: July 26, 2010 |

STIPULATION AND [] ORDER FURTHER EXTENDING TIME TO RESPOND TO COUNTER-COMPLAINT
CASE NO. 3:09-CV-00882-RMW
sf-2723704

| | |
|---|---|
| 1 | Pursuant to Northern District Local Rules 6-1, 6-2, and 7-12, the parties, by and through |
| 2 | their respective attorneys of record, have stipulated and agreed as follows: |
| 3 | WHEREAS, the parties previously stipulated to an extension of time for Defendants to |
| 4 | respond to Plaintiff's Complaint by July 10, 2009; |
| 5 | WHEREAS, Defendants answered Plaintiff's Complaint and Counter-Claimants TRT |
| 6 | USA Corporation and Guangming Sun filed a Counter-Complaint on July 10, 2009; |
| 7 | WHEREAS, the parties previously stipulated to extend the time by which Counter- |
| 8 | Defendant Beijing Tong Ren Tang (USA) Corp. must respond to the Counter-Complaint to |
| 9 | August 14, 2009, in order to facilitate settlement at the mediation stage; |
| 10 | WHEREAS, the parties did not settle this case at the July 31, 2009 mediation, which was |
| 11 | held in front of retired federal judge Charles Legge (now of JAMS), but are in discussions with |
| 12 | each other and Judge Legge about a second mediation session in the fall; and |
| 13 | WHEREAS, Judge Legge issued an order on August 6, 2009, in which he stated that |
| 14 | "substantial progress has been made" in resolving the dispute and that "[t]he mediation process is |
| 15 | ongoing and has not reached an impasse." |
| 16 | It is hereby STIPULATED that, in the event that the parties reach an impasse in the |
| 17 | mediation process, Counter-Defendant Beijing Tong Ren Tang (USA) Corp.'s response to the |
| 18 | Counter-Complaint shall be due two weeks from the date on which Judge Legge declares that the |
| 19 | parties have reached such an impasse. |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

| | |
|---|---|
| Dated: August 7, 2009 | MORRISON & FOERSTER LLP<br>Jennifer Lee Taylor<br>Mimi Yang<br><br>By:   /s/ Jennifer Lee Taylor<br>       Jennifer Lee Taylor<br><br>Attorneys for Plaintiff and Counter-Defendant<br>BEIJING TONG REN TANG (USA) CORP. |
| Dated: August 7, 2009 | GREENBERG TRAURIG LLP<br>J. James Li<br><br>By:   /s/ J. James Li<br>       J. James Li<br><br>Attorney for Defendants and Counter-Claimants<br>TRT USA CORPORATION, GUANGMING<br>SUN, MEI XU, AND PENGTAO ZHANG |

STIPULATION AND [] ORDER FURTHER EXTENDING TIME TO RESPOND TO COUNTER-COMPLAINT
CASE NO. 3:09-CV-00882-RMW
sf-2723704

2

1  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: August __11__, 2009

_Ronald M. Whyte_
Hon. Ronald M. Whyte
United States District Judge

# GENERAL ORDER 45 ATTESTATION

I, Jennifer Taylor, am the ECF User whose ID and password are being used to file this Stipulation and [PROPOSED] Order Further Extending Time For Beijing Tong Ren Tang (USA) Corp. To Respond To TRT USA Corporation's and Guangming Sun's Counter-Complaint. In compliance with General Order 45, section X.B., I hereby attest that I have on file the concurrences for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

Dated: August 7, 2009  By:  /s/  Jennifer Lee Taylor
                            Jennifer Lee Taylor