| | |
|---|---|
| 1 | JENNIFER LEE TAYLOR (CA SBN 161368) |
| | JTaylor@mofo.com |
| 2 | MIMI YANG (CA SBN 229514) |
| | MimiYang@mofo.com |
| 3 | MORRISON & FOERSTER LLP |
| | 425 Market Street |
| 4 | San Francisco, California 94105-2482 |
| | Telephone: 415.268.7000 |
| 5 | Facsimile: 415.268.7522 |

Teddy Tsao-Wu (SBN 221240)
*ttsaowu@tsaochow.com*
TSAO-WU, CHOW & YEE LLP
685 Market Street, Suite 460
San Francisco, California 94105
Telephone: (415) 777-1688
Facsimile: (415) 777-2298

Attorneys for Plaintiff/Counter-Defendant
BEIJING TONG REN TANG (USA), CORP.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BEIJING TONG REN TANG (USA), CORP., a California corporation,<br><br>          Plaintiff,<br>     v.<br><br>TRT USA CORPORATION, et al.,<br><br>          Defendants. | Case No.   5:09-CV-00882-RMW<br><br>**STIPULATION AND []**<br>**ORDER FOR WITHDRAWAL OF**<br>**CO-COUNSEL PURSUANT TO**<br>**LOCAL RULES 7-12 AND 11-5** |
| AND RELATED COUNTER-CLAIMS. | |

| | |
|---|---|
| 1 | **STIPULATION** |
| 2 | Plaintiff and counter-defendant Beijing Tong Ren Tang (USA), Corp., by and through |
| 3 | their counsel Teddy Tsao-Wu of Tsao-Wu, Chow & Yee LLP, and Jennifer Lee Taylor and Mimi |
| 4 | Yang of Morrison & Foerster LLP, hereby stipulate as follows: |
| 5 | Whereas, Tsao-Wu, Chow & Yee LLP and Morrison & Foerster LLP are representing |
| 6 | Beijing Tong Ren Tang (USA), Corp. in the above-captioned action as co-counsel, and |
| 7 | Morrison & Foerster is now withdrawing as counsel of record for Beijing Tong Ren Tang (USA), |
| 8 | Corp.; and |
| 9 | Whereas, Tsao-Wu, Chow & Yee LLP will continue to serve as counsel of record for |
| 10 | Beijing Tong Ren Tang (USA), Corp. in this case; and |
| 11 | Whereas, the Court and all parties to this action are notified of this withdrawal through the |
| 12 | electronic filing of this stipulation and proposed order; and |
| 13 | Whereas, the Court and counsel for defendants and counter-plaintiffs are respectfully |
| 14 | requested to remove Morrison & Foerster from the service list, case docket and the Notice of |
| 15 | Electronic Filing system as attorneys of record; |
| 16 | IT IS THEREFORE STIPULATED, pursuant to Rules 7-12 and 11-5(a) of the Civil Local |
| 17 | Rules of the United States District Court for the Northern District of California, that Morrison & |
| 18 | Foerster may and hereby does withdraw of counsel for Beijing Tong Ren Tang (USA), Corp. in |
| 19 | this action. |

| | | |
|---|---|---|
| Dated: January 6, 2010 | | MORRISON & FOERSTER LLP |

By:   /s/ Jennifer Lee Taylor
      Jennifer Lee Taylor

      Attorneys for Plaintiff and Counter-Defendant
      BEIJING TONG REN TANG (USA), CORP.

Dated: January 6, 2010                            TSAO-WU, CHOW & YEE LLP

By:   /s/ Teddy Tsao-Wu
      Teddy Tsao-Wu

      Attorneys for Plaintiff and Counter-Defendant
      BEIJING TONG REN TANG (USA), CORP.

**GENERAL ORDER 45 ATTESTATION**

I, Jennifer Taylor, am the ECF User whose ID and password are being used to file this Notice of Withdrawal of Counsel and [PROPOSED] Order Pursuant to Local Rule 11-5. In compliance with General Order 45, section X.B., I hereby attest that I have on file the concurrences for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

Dated: January 6, 2010                         By:   /s/ Jennifer Lee Taylor
                                                                              Jennifer Lee Taylor

**[ ORDER**

PURSUANT TO STIPULATION, the withdrawal of counsel Jennifer Lee Taylor and Mimi Yang of Morrison & Foerster LLP is authorized by the Court. The Clerk of the Court is directed to make the appropriate change in the docket.

**IT IS SO ORDERED.**

Dated: ___ 1/22 _____, 2010

_Ronald M. Whyte_
Hon. Ronald M. Whyte
United States District Judge