**United States District Court**
For the Northern District of California

\*E-FILED 04-13-2010\*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BEIJING TONG REN TANG (USA) CORP., | No. C09-00882 RMW (HRL) |
| Plaintiff,<br>v. | **ORDER DENYING REQUEST FOR AN ORDER SHORTENING TIME** |
| TRT CORPORATION, GUANGMING SUN aka GEORGE SUN, MEI XU, PENGTAO ZHANG aka JOHN ZHANG, | **[Re: Docket No. 122]** |
| Defendant. | |
| TRT CORPORATION, GUANGMING SUN, MEI XU, and PENGTAO ZHANG, | |
| Counterclaimants,<br>v. | |
| BEIJING TONG REN TANG (USA) CORP. and CHUANLI ZHOU, | |
| Counterdefendants. | |

The parties move for an expedited briefing and hearing schedule on their respective discovery motions (Docket Nos. 113 and 117). No good cause appearing, their request for an order shortening time is DENIED. The parties' discovery motions will be set for hearing on May 25, 2010, 10:00 a.m. in Courtroom 2. Briefing shall proceed in accordance with a normal

35-day calendar under the Civil Local Rule 7.

SO ORDERED.

Dated: April 13, 2010

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**United States District Court**
For the Northern District of California

1  5:09-cv-00882-RMW Notice has been electronically mailed to:

2  J. James Li    lij@gtlaw.com, henleyr@gtlaw.com, perezdj@gtlaw.com

3  Suzan Yee    syee@tsaochow.com, bli@tsaochow.com

4  Teddy Tsao-Wu    ttsaowu@tsaochow.com

5  William James Taylor    wtaylor@tsaochow.com, william.taylor@sbcglobal.net

6  Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.