Teddy Tsao-Wu (SB#221240)
William J. Taylor (SB#72902)
Tsao-Wu, Chow & Yee LLP
685 Market Street, Suite 460
San Francisco, CA 94105
Telephone: (415) 777-1688
Facsimile: (415) 777-2298

*E-FILED - 4/15/10*

Attorneys for Plaintiff
BEIJING TONG REN TANG (USA), CORP.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| BEIJING TONG REN TANG (USA), CORP., a California corporation, | Case No.: 5:09-CV-00882-RMW |
| Plaintiff, | **STIPULATION AND AGREEMENT REGARDING EXPERT DISCOVERY SCHEDULE** |
| vs. | |
| TRT USA CORPORATION, a California corporation, GUANGMING SUN aka GEORGE SUN, an individual, MEI XU, an individual, PENGTAO ZHANG aka JOHN ZHANG, an individual, | **[] ORDER** |
| | Complaint filed : Feb 27, 2009 |
| Defendants. | Trial: July 26, 2010 |
| TRT USA CORPORATION, a California corporation, GUANGMING SUN, an individual, | |
| Counter – Claimants, | |
| v. | |
| CHINA BEIJING TONG REN TANG GROUP CO. LTD., a Chinese corporation, BEIJING TONG REN TANG (USA), CORP., a California corporation, CHUANLI ZHOU, an individual, | |
| Counter - Defendants | |

1

# STIPULATION AND AGREEMENT

WHEREAS, the Parties are currently addressing document issues that include materials to be provided to each side's respective damages experts;

WHEREAS, the resolution of the document issues will not permit each side's experts to meet the current deadline of April 16, 2010 for disclosure of initial expert reports;

WHEREAS, the Parties believe that a short two-week extension of the expert disclosure and discovery schedule will serve the interests of efficiency and avoidance of waste in the expert portion of the case;

WHEREAS, a short-two week extension of the expert disclosure and discovery schedule can be accomplished without change of any other dates in the pretrial and trial schedule;

NOW IT IS THEREFORE STIPULATED AND AGREED BY AND AMONG THE PARTIES AS FOLLOWS:

1. The date for disclosure and exchange of initial experts and reports is extended from April 16, 2010 to April 30, 2010;

2. The date for disclosure and exchange of rebuttal experts and reports is extended from April 30, 2010 to May 14, 2010.

3. The date for close of expert discovery is extended from May 14, 2010 to May 28, 2010.

4. In all other respects the current pretrial and trial schedule shall remain unchanged.

SO AGREED:

BEIJING TONG REN TANG (USA) CORPORATION

Dated: April 14, 2010

By: _____/s/_____
   William J. Taylor
   TSAO-WU, CHOW & YEE LLP
   Counsel for Plaintiff and Counter-Defendant Beijing Tong Ren Tang (USA) Corporation

CHAUNLI ZHOU

Dated: April 14, 2010

By: _____/s/_____
   William J. Taylor
   TSAO-WU, CHOW & YEE LLP
   Counsel for Chuanli Zhou

TRT USA CORPORATION

Dated: April 14, 2010

By: _____/s/_____
   J. James Li
   GREENBERG TRAURIG LLP
   Counsel for TRT USA Corporation

GUANGMING SUN

Dated: April 14, 2010

By: ____/s/_____
   J. James Li
   GREENBERG TRAURIG LLP
   Counsel for GUANGMING SUN

MEI XU

Dated: April 14, 2010

By: ___/s/_____
    J. James Li
    GREENBERG TRAURIG LLP
    Counsel for MEI XU


PENGTAO ZHANG

Dated: April 14, 2010

By: ___/s/_____
    J. James Li
    GREENBERG TRAURIG LLP
    Counsel for PENTANG ZHANG


**ORDER**


FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.

Dated: April 15, 2010        *Ronald M. Whyte*
                                          _____
                                          UNITED STATES DISTRICT JUDGE