***E-FILED 05-19-2010***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BEIJING TONG REN TANG (USA) CORP., | No. C09-00882 RMW (HRL) |
| Plaintiff, | |
| v. | **INTERIM ORDER RE PLAINTIFF'S MOTION TO COMPEL** |
| TRT CORPORATION, GUANGMING SUN aka GEORGE SUN, MEI XU, PENGTAO ZHANG aka JOHN ZHANG, | |
| Defendants. | |
| _____/ | |
| TRT CORPORATION, GUANGMING SUN, MEI XU, and PENGTAO ZHANG, | |
| Counterclaimants, | |
| v. | |
| BEIJING TONG REN TANG (USA) CORP. and CHUANLI ZHOU, | |
| Counterdefendants. | |
| _____/ | |

Plaintiff Beijing Tong Ren Tang (USA) Corp. moves to compel, among other things, defendant Sun's answers to certain deposition questions. (Docket No. 113). **No later than noon on May 19, 2010**, plaintiff shall file copies of the notice(s) served for the deposition

of defendant Sun.

SO ORDERED.

Dated: May 19, 2010

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

5:09-cv-00882-RMW Notice has been electronically mailed to:

J. James Li    lij@gtlaw.com, henleyr@gtlaw.com, perezdj@gtlaw.com

Jingming James Cai    jcai@sacattorneys.com, dsims@sacattorneys.com, janehzhang@yahoo.com, jvanee@sacattorneys.com

Suzan Yee    syee@tsaochow.com, anguyen@tsaochow.com, bli@tsaochow.com

Teddy Tsao-Wu    ttsaowu@tsaochow.com

William James Taylor    wtaylor@tsaochow.com, william.taylor@sbcglobal.net

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.