*E-FILED 06-10-2010*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BEIJING TONG REN TANG (USA) CORP., | No. C09-00882 RMW (HRL) |
| Plaintiff, | |
| v. | **ORDER RE DEFENDANTS' MOTION TO COMPEL DISCOVERY** |
| TRT CORPORATION, GUANGMING SUN aka GEORGE SUN, MEI XU, PENGTAO ZHANG aka JOHN ZHANG, | **[Re: Docket No. 117]** |
| Defendants. | |
| TRT CORPORATION, GUANGMING SUN, MEI XU, and PENGTAO ZHANG, | |
| Counterclaimants, | |
| v. | |
| BEIJING TONG REN TANG (USA) CORP. and CHUANLI ZHOU, | |
| Counterdefendants. | |

Defendants move to compel deposition and document discovery propounded in a lawsuit pending between the parties in state court (Docket No. 117). Defendants were ordered to show cause why this court should address discovery disputes that have arisen in connection with discovery served in that action. Having reviewed defendants' response to the order to show

1  cause, this court concludes that defendants should move the state court to enforce discovery
2  propounded in that matter.
3      Defendants contend that this court properly may resolve any disputes in connection with
4  that discovery because Judge Whyte admonished the parties to avoid duplicative discovery as
5  between that state court lawsuit and the instant federal case.  (<u>See</u> Docket No. 90, Dec. 18, 2009
6  Order Denying Motion to Stay Proceedings).  In essence, defendants argue that this court
7  should address their state court discovery requests because those requests could have been
8  propounded here.  The fact remains, however, that they were not.  Judge Whyte certainly
9  encouraged the parties to coordinate the discovery in both actions, such that discovery obtained
10 in one case may be used in the other.  (<u>See</u> <u>id.</u> at 4-5).  But, as previously noted, this court does
11 not read that order to mean that discovery disputes arising in the course of the state court
12 proceedings properly should be brought before this court for resolution.  The requests in dispute
13 may be subject to state procedural rules which may well differ from those applied in this court.
14 Moreover, at least some of the discovery at issue in defendants' motion apparently have been
15 resolved by a separate discovery motion brought before the state court.  (<u>See</u> Docket No. 165).
16 Defendants assert that the state court case has not yet been set for trial, whereas trial in the
17 instant action is some two months away.  However, they have presented no reason why the
18 matter could not be brought before the state court in time for defendants to use whatever
19 discovery they obtain there in the instant action.
20     Accordingly, defendants' motion to compel (Docket No. 117) will be terminated.
21 Defendants are directed to bring that motion before the state court for resolution.
22     SO ORDERED.
23 Dated:  June 10, 2010

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

5:09-cv-00882-RMW Notice has been electronically mailed to:

J. James Li   lij@gtlaw.com, henleyr@gtlaw.com, perezdj@gtlaw.com

Jingming James Cai   jcai@sacattorneys.com, dsims@sacattorneys.com, janehzhang@yahoo.com, jvanee@sacattorneys.com, swiener@sacattorneys.com

Suzan Yee   syee@tsaochow.com, anguyen@tsaochow.com, bli@tsaochow.com

Teddy Tsao-Wu   ttsaowu@tsaochow.com

William James Taylor   wtaylor@tsaochow.com, william.taylor@sbcglobal.net

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

**United States District Court**
For the Northern District of California