J. JAMES LI (SBN 202855)
DAVID J. PEREZ (SBN 238136)
GREENBERG TRAURIG, LLP
1900 University Avenue, Fifth Floor
East Palo Alto, California 94303
Telephone: (650) 328-8500
Facsimile: (650) 328-8508
Email: lij@gtlaw.com

Attorneys for Defendants and Counter-Claimants
TRT USA CORPORATION, GUANGMING SUN,
MEI XU, PENGTAO ZHANG

*E-FILED - 7/27/10*

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BEIJING TONG REN TANG (USA) CORP., a California Corporation,<br><br>Plaintiff;<br><br>v.<br><br>TRT USA CORPORATION, a California Corporation, GUANGMING SUN aka GEORGE SUN, an individual, MEI XU, an individual, PENGTAO ZHANG aka JOHN ZHANG, an individual,<br><br>Defendants. | Case No.    5:09-CV-00882 (RMW)<br><br>[]    **ORDER GRANTING PERMISSION TO BRING EQUIPMENT INTO COURTROOM FOR TRIAL**<br><br>Complaint Filed: Feb. 27, 2009<br>Trial:    July 26, 2010 |
| TRT USA CORPORATION, a California corporation, GUANGMING SUN, an individual,<br><br>Counter-Claimants,<br><br>v.<br><br>CHINA BEIJING TONG REN TANG GROUP CO. LTD, a Chinese corporation, BEIJING TONG REN TANG (USA) CORP., a California corporation, CHUANLI ZHOU an individual,<br><br>Counter-Defendants. | |

Upon request of the parties, and at the direction of the Court, the parties are hereby permitted to bring the following equipment into Courtroom 6 of the above-entitled Courthouse beginning on July 26, 2010, for purposes of trial in the above-entitled matter:

1. Two projectors
2. Projection Screen
3. Speakers
4. Printer
5. Seven Laptops
6. Easel
7. Camera
8. Four Monitors and a Switcher
9. Extension Cord
10. Power Surge Strip
11. Cabling
12. Gaffers Tape to Secure Cables to Floor
13. Scanner

**IT IS SO ORDERED**

DATED: 7/27/10

*Ronald M. Whyte*
RONALD M. WHYTE
UNITED STATES DISTRICT COURT JUDGE

[] ORDER GRANTING PERMISSION TO BRING EQUIPMENT INTO COURTROOM FOR TRIAL
346,549,2841

1                                                                          Case No. 5:09-CV-00882 (RMW)