**United States District Court**
For the Northern District of California

1
2
3
4  **E-FILED on** 9/14/10
5
6
7
8  IN THE UNITED STATES DISTRICT COURT
9  FOR THE NORTHERN DISTRICT OF CALIFORNIA
10  SAN JOSE DIVISION
11
12  BEIJING TONG REN TANG (USA), CORP., a California corporation,   |   No. C-09-00882 RMW
13  Plaintiff,   |   ORDER PERMITTING BRIEFING ON INJUNCTIVE RELIEF
14
15  v.   |   **[Re Docket No. 273]**
16  TRT USA CORPORATION, a California corporation, GUANGMING SUN aka GEORGE SUN, an individual, MEI XU, an individual, PENGTAO ZHANG aka JOHN ZHANG, an individual,
17
18  Defendants.
19  ─────────────────────────────
20  TRT USA CORPORATION, a California corporation, GUANGMING SUN, an individual, MEI XU, an individual, PENGTAO ZHANG, an individual,
21
22  Counter-Claimants,
23
24  v.
25  BEIJING TONG REN TANG (USA), CORP., a California corporation, CHUANLI ZHOU, an individual,
26
27  Counter-Defendants.
28

ORDER PERMITTING BRIEFING ON INJUNCTIVE RELIEF—No. C-09-00882 RMW
CCL

Plaintiff Beijing Tong Ren Tang (USA) Corp. ("BTRTUSA") requests that the court permit it to file a motion for entry of permanent injunctive relief. The court hereby sets the following briefing and hearing schedule on the issue of permanent injunctive relief:

| | |
|---|---|
| September 24, 2010 | BTRTUSA's motion for injunctive relief due |
| October 8, 2010 | Defendants' opposition due |
| October 15, 2010 | BTRTUSA's reply due |
| October 29, 2010 | Hearing on motion |

The court requests that the parties address in its briefing the question of whether an injunction for sales after the alleged termination of the 2006 cooperation agreement is precluded by the jury's finding against BTRTUSA on its unfair competition claim, which included BTRTUSA's claim that defendants had unfairly competed in the marketplace by selling products after February 2009.

DATED: 9/14/10

*Ronald M Whyte*
RONALD M. WHYTE
United States District Judge

ORDER PERMITTING BRIEFING ON INJUNCTIVE RELIEF—No. C-09-00882 RMW
CCL
2