**E-FILED on**   9/15/10

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BEIJING TONG REN TANG (USA), CORP., a California corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>TRT USA CORPORATION, a California corporation, GUANGMING SUN aka GEORGE SUN, an individual, MEI XU, an individual, PENGTAO ZHANG aka JOHN ZHANG, an individual,<br><br>    Defendants.<br>_____<br>TRT USA CORPORATION, a California corporation, GUANGMING SUN, an individual, MEI XU, an individual, PENGTAO ZHANG, an individual,<br><br>    Counter-Claimants,<br><br>    v.<br><br>BEIJING TONG REN TANG (USA), CORP., a California corporation, CHUANLI ZHOU, an individual,<br><br>    Counter-Defendants. | No. C-09-00882 RMW<br><br>ORDER REQUESTING BRIEFING REGARDING MOTION FOR JUDGMENT AS A MATTER OF LAW<br><br>**[Re Docket No. 259]** |

Beijing Tong Ren Tang (USA) Corp. ("BTRTUSA") presented a motion for judgment as a matter of law in its favor on its unfair competition claim and on TRT USA Corp. ("TRT"), Guangming Sun, Mei Xu, and Pengtao Zhang (collectively "Counter-Claimants")'s claims for fraud, breach of fiduciary duty, misappropriation of trade secret, trade libel, and defamation at the close of its case and Counter-Claimants' case.[1]  The court submitted the matter pending the return of the jury's verdict.

The court requests that the parties submit briefing regarding the evidence supporting TRT and Sun's damage claims according to the following schedule:

    9/29/10    Counter-Claimants' briefing due

    10/6/10    BTRTUSA's response due

DATED:    9/15/10

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

---

[1] Although the motion was presented to the court at the close of BTRTUSA's case and Counter-Claimants' case, the motion was not filed until September 2, 2010.