**United States District Court**
**For the Northern District of California**

**E-FILED on** 10/29/10

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BEIJING TONG REN TANG (USA), CORP., a California corporation,<br><br>  Plaintiff,<br><br>  v.<br><br>TRT USA CORPORATION, a California corporation, GUANGMING SUN aka GEORGE SUN, an individual, MEI XU, an individual, PENGTAO ZHANG aka JOHN ZHANG, an individual,<br><br>  Defendants.<br>_____<br>TRT USA CORPORATION, a California corporation, GUANGMING SUN, an individual, MEI XU, an individual, PENGTAO ZHANG, an individual,<br><br>  Counter-Claimants,<br><br>  v.<br><br>BEIJING TONG REN TANG (USA), CORP., a California corporation, CHUANLI ZHOU, an individual,<br><br>  Counter-Defendants. | No. C-09-00882 RMW<br><br>ORDER GRANTING IN PART AND DENYING IN PART MOTION FOR INJUNCTIVE RELIEF<br><br>**[Re Docket No. 278]** |

Beijing Tong Ren Tang (USA) Corp. ("BTRTUSA") moves for injunctive relief. This motion came on for hearing on October 29, 2010. After some discussion, defendants TRT USA Corporation ("TRT"), Guangming Sun ("Sun"), Mei Xu ("Xu"), and Pengtao Zhang ("Zhang") agreed not to sell or distribute Tong Ren Tang products that have an ingredient removed. Pursuant to this agreement, the court hereby enjoins TRT, Sun, Xu, and Zhang from selling or distributing Tong Ren Tang products that have an ingredient removed. In all other respects, the motion for injunctive relief is denied.

DATED: 10/29/10

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge