IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BEIJNG TONG REN TANG,

Plaintiff,

v.

TRT USA CORPORATION,

Defendant.

*E-FILED - 3/15/11*

CASE NO.: C-09-00882-RMW

**JUDGMENT**

This action came on for trial before the Court and a jury, Honorable Ronald M. Whyte, District Judge, presiding, and the issues having been duly tried and the jury having duly rendered its verdict on September 2, 2010.

**IT IS HEREBY ORDERED AND ADJUDGED** that defendants TRT USA Corporation shall have judgment entered in their favor and that plaintiff Beijng Tong Ren Tang shall take nothing by way of the complaint in this action.

DATED: March 15, 2011

BY: _____
JACKIE LYNN GARCIA
Courtroom Deputy for
Honorable Ronald M. Whyte

Order E-Filed to Counsel of Record: