*E-FILED on 5/17/11*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BEIJING TONG REN TANG (USA), CORP., a California corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>TRT USA CORPORATION, a California corporation, GUANGMING SUN aka GEORGE SUN, an individual, MEI XU, an individual, PENGTAO ZHANG aka JOHN ZHANG, an individual,<br><br>    Defendants.<br>_____<br>TRT USA CORPORATION, a California corporation, GUANGMING SUN, an individual, MEI XU, an individual, PENGTAO ZHANG, an individual,<br><br>    Counter-Claimants,<br><br>    v.<br><br>BEIJING TONG REN TANG (USA), CORP., a California corporation, CHUANLI ZHOU, an individual,<br><br>    Counter-Defendants. | No. C-09-00882 RMW<br><br>ORDER GRANTING DEFENDANTS AND COUNTERCLAIMANTS' REQUEST FOR CONTINUATION OF THE HEARING<br><br>**[Re Docket No. 295]** |

1  Defendants and counterclaimants TRT USA Corp., Guangming Sun, Mei Xu, and Pengtao
2 Zhang (collectively, "the TRT parties") request a continuance of the hearing regarding plaintiff and
3 counter-defendants' Renewed Motion for Judgment as a Matter of Law and for New Trial in order to
4 permit the TRT parties to file additional briefing in opposition. The request is granted. The hearing
5 is continued to July 1, 2011. The TRT parties' brief in opposition is due on June 1, 2011. Any reply
6 brief is due on June 10, 2011.

DATED: 5/17/2011

*Ronald M Whyte*

RONALD M. WHYTE
United States District Judge

ORDER GRANTING REQUEST FOR CONTINUANCE —No. C-09-00882 RMW
MEC  2

Copy of Order E-Filed to Counsel of Record:

ORDER GRANTING REQUEST FOR CONTINUANCE —No. C-09-00882 RMW
MEC
3